No. **121865**
CIVIL

DIVISION
F
LEONARD

<div style="border:1px solid">

IN THE
**16TH JUDICIAL DISTRICT COURT**
**PARISH OF ST. MARY**
**STATE OF LOUISIANA**

STATE OF LOUISIANA

VS.

BP EXPLORATION & PRODUCTION, INC., BP, P.L.C., BP
PRODUCTS NORTH AMERICA, INC. and BP AMERICA, INC.

Cause of Action:   DAMAGES

FILED: May 27, 2010

CLIFF DRESSEL, CLERK OF COURT

By:  JENNIFER R. SPLANE, Dy. Clerk

DONALD T. CARMOUCHE
TALBOT, CARMOUCHE & MARCELLO
P.O. BOX 759
GONZALES, LA 70707-0759
PHONE  (225) 644-7777

Attorney For Plaintiff
</div>

## NOTICE PLEASE

PLEASE DO NOT REMOVE ANY PAPERS FROM THIS FILE.  IF YOU ARE
INTERESTED IN ONLY ONE PAPER IN THIS CASE THEN TAKE THE ENTIRE FILE WITH
YOU SO TO KEEP ALL PAPERS TOGETHER.

YOU WILL FIND PAPER FILED FIRST IN THIS CASE ON TOP, PAPER FILED NEXT
SECOND TO THE TOP AND SO ON THROUGHOUT THE CASE.  ALL PAPERS BEING
KEPT IN THE ORDER IN WHICH THEY WERE FILED.

# 121865

## J U R Y    R E P O R T

| JURY TRIAL REQUESTED, PRAYED FOR OR ORDERED (PARTY) | DATE JUROR FILING FEE POSTED | DATE JURY BOND FILED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## J U D G M E N T    R E P O R T

| DESCRIPTION OF JUDGMENT | DATE RENDERED | COSTS ASSESSED TO: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

16TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. MARY

STATE OF LOUISIANA

NO. 121865                                          DIVISION "E"

STATE OF LOUISIANA

**VERSUS**

BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH
AMERICA, INC., and BP AMERICA, INC.

FILED: __MAY 2 7 2010__           __JENNIFER R. SPLANE__
                                  **DEPUTY CLERK**

PETITION

NOW INTO COURT, comes Plaintiff, the State of Louisiana, to allege as follows:

1.

Made Defendants herein are:

(a) BP EXPLORATION & PRODUCTION INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808;

(b) BP, P.L.C., an English public limited company doing business in the State of Louisiana, with its principal place of business and registered office 1 St James's Square, London SW1Y 4PD, UK. Tel +44 (0)20 7496 4000. Registered in England and Wales No. 102498;

(c) BP PRODUCTS NORTH AMERICA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process The Prentice-Hall Corporation System, Inc, 320 Somerulos Street, Baton Rouge, LA 70802-6129; and

(d) BP AMERICA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808.

SCANNED

JUN 0 3 '10

## JURISDICTION AND VENUE

2.

Within the State of Louisiana, the Defendants have killed, caught, taken, possessed or injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of Title 56 (hereinafter referred to as "Title"), or a regulation adopted pursuant to this Title, or other Louisiana law or regulation.

3.

Within the Parish of St. Mary, the Defendants have killed, caught, taken, possessed or injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of this Title, or a regulation adopted pursuant to this Title, or other Louisiana law or regulation.

4.

The offense by Defendants of killing, catching, taking, possessing or injuring fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of this Title, or a regulation adopted pursuant to this Title, or other Louisiana law or regulation has been committed in the Gulf of Mexico within the waters of the State of Louisiana, and the Parish of St. Mary, which borders on the gulf, shall have territorial jurisdiction pursuant to La. R.S. 56:40.48.

5.

Venue for the prosecution of this action in this district is proper under La. R.S. 56: 40.5 which provides that a suit for recovery of civil penalties brought under La. R.S. 56: 40.1 et seq. may be brought in the parish in which the violation occurred.

6.

The district attorney of the parish in which the violation occurred may bring a civil suit under La. R.S. 56:40.1 et seq. in the name of the state to recover civil penalties for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life unlawfully killed, caught, taken, possessed, or injured. La. R.S. 56:40.4.

SCANNED

## FACTUAL ALLEGATIONS

7.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC., were the owners of the MMS Mineral Lease G32306 (hereinafter sometimes referred to as the "Lease"), and the minerals produced from the "Lease".

8.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC. was the operator of the Lease.

9.

On April 20, 2010, a fire, explosion and resulting spill of oil and other minerals, contaminants and/or pollution not yet identified occurred in the Gulf of Mexico, located approximately 52 miles southeast of the port of Venice, Louisiana (hereinafter sometimes referred to as the "oil spill"). The spill continues until today at the rate of approximately 210,000 gallons per day.

10.

The oil spill was uncontained and has entered into and continues to enter into the waters of the State of Louisiana, including St. Mary Parish and the waters of the state in the Gulf of Mexico, causing the unlawful killing, catching, taking, possessing or injuring of fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title, or a regulation adopted pursuant to the Title, governing fish and wildlife in the waters of the State of Louisiana, including St. Mary Parish.

11.

The oil spill was caused by Defendants' failure to comply with applicable statutes and regulations governing the exploration and production of minerals and the containment, removal and remediation of pollutants and contaminants in the event of a discharge or release.

SCANNED

JUN 0 3 '10

12.

Defendants at all times material herein owned the contents of the oil spill and/or caused the oil spill which continues to date to inflict death and injury to the fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the waters of the State of Louisiana, including St. Mary Parish.

13.

The Defendants have unlawfully killed, caught, taken, possessed, or injured fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title, or a regulation adopted pursuant to the Title, governing fish and wildlife. In addition Defendants may also be in violation of other state laws or regulations, and while in the act of violating these other state laws and regulations, have incidentally killed or injured any fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the waters of the State of Louisiana, including St. Mary Parish.

14.

The Defendants are jointly, severally, and in solido liable to Plaintiff for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured, plus attorney fees and costs of these proceedings. La. R.S. 56:40.1, et seq.

15.

The penalties and costs and attorney fees provided by La. R.S. 56:40.1 et seq. are in addition to any fine, forfeiture, other penalty, or costs imposed under any other provision of law. La. R.S. 56:40.7.

16.

Plaintiff asserts only those causes of action specifically pled in this petition, which causes of action arise solely under the provisions of La. R.S. 56:40.1 et seq. Notwithstanding any language in this petition to the contrary, plaintiff does not plead, and will never at any time in the future plead, any claim or cause of action arising under any federal law, and asserts no such claims or cause of action herein. To the extent any state law claims expressed or implied in this petition are preempted by federal law, such claims are not alleged herein.

SCANNED

JUN 0 3 '10

PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants, jointly, severally and *in solido*, as follows:

a.    in a sum equal to the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured;

b.    Pre-judgment and post-judgment interest at the maximum rate allowable by law;

c.    Attorney's fees and costs of litigation;

d.    Such other and further relief available in the premises.

Respectfully Submitted:

Hon. J. Phil Haney (LA Bar #06516)
DISTRICT ATTORNEY ST. MARY PARISH
16th Judicial District
5th Floor Courthouse
500 Main St.
Franklin, LA 70538
(337) 828-4100 Telephone

THORNHILL LAW FIRM, L.C.
Tom W. Thornhill (LA Bar #12776)
1308 Ninth Street
Slidell, LA 70458
(985) 641-5010 Telephone
(985) 641-5011 Facsimile

CALVIN C FAYARD, JR. APC
Calvin C. Fayard, Jr. (LA Bar #5486)
519 Florida Avenue, S.W.
Denham Springs, LA 70726
(225) 664-4193 Telephone
(225) 664-6925 Facsimile

By: _____
Donald T. Carmouche (LA Bar #2226)
Victor L. Marcello (LA Bar # 9252)
John H. Carmouche (LA Bar #22294)
TALBOT, CARMOUCHE & MARCELLO
Post Office Box 759
Gonzales, LA 70707-0759
(225) 644-7777 Telephone
(225) 644-5226 Facsimile

SERVICE INSTRUCTIONS:

PLEASE PREPARE CITATION
AND SERVE THE DEFENDANTS
AS SET FORTH ABOVE

SCANNED

JUN 0 3 '10

RECEIVED AND FILED
MAY 27 2010 @ 3:10 p.m.
_____
Dy. Clerk of Court

# TALBOT, CARMOUCHE & MARCELLO

DONALD T. CARMOUCHE*
VICTORL. MARCELLO
JOHN H. CARMOUCHE

*Member of the Texas Bar

POST OFFICE BOX 759
GONZALES, LOUISIANA 70707-0759
TELEPHONE: (225) 644-7777
FAX: (225) 644-5220

WILLIAM R. COENEN, III
JOHN B. DUPONT, III
BRIAN T. CARMOUCHE†

AUBERT D. TALBOT
(1925-2005)

May 27, 2010

FAX FILING

TO:    Cliff Dressel, St. Mary Parish Clerk of Court        (337) 828-2509

FROM:    Donald T. Carmouche

NUMBER OF PAGES:    6
(INCLUDING COVER SHEET)

RE:    State of Louisiana v. BP Exploration & Production, Inc., et al
16th JDC; Parish of St. Mary, State of Louisiana

| DOCUMENTS | NUMBER OF PAGES |
|-----------|-----------------|
| Petition  | 5               |
|           |                 |

*Please fax file the attached into the record today and confirm that you received this fax transmission. The original will be forwarded to your office within five days along with a check for your services.*

If you have any problems with this fax transmission, please call 225-644-7777.

### CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

# Cliff Dressel

Clerk of Court
St. Mary Parish
P. O. Drawer 1231
Franklin, Louisiana 70538-1231
Phone: (337) 828-4100 Ext. 200

Jane C. Pilant
Chief Deputy

Fax:
(337) 828-2509

## RECEIPT OF FACSIMILE TRANSMISSION

DATE FAX PLEADING RECEIVED:          MAY 27, 2010

STATE OF LOUISIANA
VS. NO. 121865 Div. "F"
BP EXPLORATION & PRODUCTION
INC, ET AL

DESCRIPTION OF PLEADING:

PETITION FOR DAMAGES

FILED ON BEHALF OF:

STATE OF LOUISIANA

ATTORNEY SIGNING PLEADING:

DONALD T. CARMOUCHE

This is to acknowledge that the above described facsimile transmission was
received and filed on the date shown above.

The original pleading is to be forwarded within five days of this receipt together
with the $5.00 transmission fee; $15.00 fee for this receipt; the correct filing fee
to cover the cost of filing and recording the facsimile copy as well as the original
pleading; and any balance of costs due. When the original pleading is received,
the file mark will indicate the actual date it is received.

The record will contain the facsimile pleading, this receipt and the original
pleading.

Receipt Acknowledged

Deputy Clerk of Court

Receipt faxed to number:          225-644-5226
Date receipt faxed:               MAY 27, 2010

| | | |
|---|---|---|
| Fax Transmission Fee | $ | 5.00 |
| Fax Receipt Fee | $ | 15.00 |
| Filing Fee for Faxed Pleading (s) | $ | 22.00 |
| Filing Fee for Original Pleading (s) | $ | 22.00 |
| Fee to Serve Pleading (s) | $ | 525.00 |
| | | |
| TOTAL AMOUNT DUE | $ | 589.00 |

```
                                                                P. 01
                      TRANSACTION REPORT            MAY-27-2010 THU 04:15 PM

     FOR:  St Mary Clerk of Court       337 828 2509

     SEND

   DATE  START    RECEIVER       TX TIME   PAGES TYPE      NOTE        M#  DP

   MAY-27 04:15 PM 12256445226      20"     1  FAX TX       OK          989


                                      TOTAL :       20S  PAGES:   1
```

# Cliff Dressel

Clerk of Court
St. Mary Parish
P.O. Drawer 1231

Jane C. Plant                Franklin, Louisiana 70538-1231        Fax:
Chief Deputy                 Phone: (337) 828-4100 Ext. 206   (337) 828-2510

### RECEIPT OF FACSIMILE TRANSMISSION

DATE FAX PLEADING RECEIVED:        MAY 27, 2010

                                   STATE OF LOUISIANA
                                   VS. NO. 12" DIST Div. "F"
                                   BP EXPLORATION & PRODUCTION
                                   INC, ET AL

DESCRIPTION OF PLEADING:           PETITION FOR DAMAGES

FILED ON BEHALF OF:                STATE OF LOUISIANA

ATTORNEY SIGNING PLEADING:         DONALD T. CARMOUCHE

This is to acknowledge that the above described facsimile transmission was
received and filed on the date shown above.

The original pleading is to be forwarded within five days of this receipt together
with the $5.00 transmission fee, $15.00 fee for this receipt; the correct filing fee
to cover the cost of filing and returning the facsimile copy as well as the original
pleading; and any balance of costs due. When the original pleading is received,
the file mark will indicate the actual date it is received.

The record will contain the facsimile pleading, this receipt and the original
pleading.

                                   _Receipt Acknowledged_
                                   Jennifer R. Oglave
                                   Deputy Clerk of Court

Receipt faxed to number:           225-644-6226
Date receipt faxed:                MAY 27, 2010

Fax Transmission Fee          $      5.00
Fax Receipt Fee               $     15.00
Filing Fee for Faxed Pleading (s) $ 12.00
Filing Fee for Original Pleading (s) $ 12.00
Fee to Serve Pleading (s)     $    525.00

TOTAL AMOUNT DUE              $    569.00

16TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. MARY

STATE OF LOUISIANA

NO. **1 2 1 8 6 5**                                     DIVISION "  F  "

STATE OF LOUISIANA

VERSUS

BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH
AMERICA, INC., and BP AMERICA, INC.

FILED:   MAY 2 8 2010                        JENNIFER R. SPLANE
                                             DEPUTY CLERK

PETITION

NOW INTO COURT, comes Plaintiff, the State of Louisiana, to allege as follows:

1.

Made Defendants herein are:

(a) BP EXPLORATION & PRODUCTION INC., a foreign corporation authorized to do and
doing business in the State of Louisiana, and can be served through its registered agent for service
of process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808;

(b) BP, P.L.C., an English public limited company doing business in the State of Louisiana,
with its principal place of business and registered office 1 St James's Square, London SW1Y 4PD,
UK. Tel +44 (0)20 7496 4000.  Registered in England and Wales No. 102498;

(c) BP PRODUCTS NORTH AMERICA, INC., a foreign corporation authorized to do and
doing business in the State of Louisiana, and can be served through its registered agent for service
of process The Prentice-Hall Corporation System, Inc, 320 Somerulos Street, Baton Rouge, LA
70802-6129; and

(d) BP AMERICA, INC., a foreign corporation authorized to do and doing business in the
State of Louisiana, and can be served through its registered agent for service of process C T
Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808.

SCANNED

JUN 0 3 '10

## JURISDICTION AND VENUE

2.

Within the State of Louisiana, the Defendants have killed, caught, taken, possessed or injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of Title 56 (hereinafter referred to as "Title"), or a regulation adopted pursuant to this Title, or other Louisiana law or regulation.

3.

Within the Parish of St. Mary, the Defendants have killed, caught, taken, possessed or injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of this Title, or a regulation adopted pursuant to this Title, or other Louisiana law or regulation.

4.

The offense by Defendants of killing, catching, taking, possessing or injuring fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of this Title, or a regulation adopted pursuant to this Title, or other Louisiana law or regulation has been committed in the Gulf of Mexico within the waters of the State of Louisiana, and the Parish of St. Mary, which borders on the gulf, shall have territorial jurisdiction pursuant to La. R.S. 56:40.48.

5.

Venue for the prosecution of this action in this district is proper under La. R.S. 56: 40.5 which provides that a suit for recovery of civil penalties brought under La. R.S. 56: 40.1 et seq. may be brought in the parish in which the violation occurred.

6.

The district attorney of the parish in which the violation occurred may bring a civil suit under La. R.S. 56:40.1 et seq. in the name of the state to recover civil penalties for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life unlawfully killed, caught, taken, possessed, or injured. La. R.S. 56:40.4.

|SCANNED|

JUN 0 3 '10

## FACTUAL ALLEGATIONS

7.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC., were the owners of the MMS Mineral Lease G32306 (hereinafter sometimes referred to as the "Lease"), and the minerals produced from the "Lease".

8.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC. was the operator of the Lease.

9.

On April 20, 2010, a fire, explosion and resulting spill of oil and other minerals, contaminants and/or pollution not yet identified occurred in the Gulf of Mexico, located approximately 52 miles southeast of the port of Venice, Louisiana (hereinafter sometimes referred to as the "oil spill"). The spill continues until today at the rate of approximately 210,000 gallons per day.

10.

The oil spill was uncontained and has entered into and continues to enter into the waters of the State of Louisiana, including St. Mary Parish and the waters of the state in the Gulf of Mexico, causing the unlawful killing, catching, taking, possessing or injuring of fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title, or a regulation adopted pursuant to the Title, governing fish and wildlife in the waters of the State of Louisiana, including St. Mary Parish.

11.

The oil spill was caused by Defendants' failure to comply with applicable statutes and regulations governing the exploration and production of minerals and the containment, removal and remediation of pollutants and contaminants in the event of a discharge or release.

SCANNED

JUN 0 3 '10

12.

Defendants at all times material herein owned the contents of the oil spill and/or caused the oil spill which continues to date to inflict death and injury to the fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the waters of the State of Louisiana, including St. Mary Parish.

13.

The Defendants have unlawfully killed, caught, taken, possessed, or injured fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title, or a regulation adopted pursuant to the Title, governing fish and wildlife. In addition Defendants may also be in violation of other state laws or regulations, and while in the act of violating these other state laws and regulations, have incidentally killed or injured any fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the waters of the State of Louisiana, including St. Mary Parish.

14.

The Defendants are jointly, severally, and in solido liable to Plaintiff for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured, plus attorney fees and costs of these proceedings. La. R.S. 56:40.1, et seq.

15.

The penalties and costs and attorney fees provided by La. R.S. 56:40.1 et seq. are in addition to any fine, forfeiture, other penalty, or costs imposed under any other provision of law. La. R.S. 56:40.7.

16.

Plaintiff asserts only those causes of action specifically pled in this petition, which causes of action arise solely under the provisions of La. R.S. 56:40.1 et seq. Notwithstanding any language in this petition to the contrary, plaintiff does not plead, and will never at any time in the future plead, any claim or cause of action arising under any federal law, and asserts no such claims or cause of action herein. To the extent any state law claims expressed or implied in this petition are preempted by federal law, such claims are not alleged herein.

SCANNED

JUN 0 3 '10

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants, jointly, severally and *in solido*, as follows:

a.   in a sum equal to the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured;

b.   Pre-judgment and post-judgment interest at the maximum rate allowable by law;

c.   Attorney's fees and costs of litigation;

d.   Such other and further relief available in the premises.

Respectfully Submitted:

Hon. J. Phil Haney (LA Bar #06516)
**DISTRICT ATTORNEY ST. MARY PARISH**
16th Judicial District
5th Floor Courthouse
500 Main St.
Franklin, LA 70538
(337) 828-4100 Telephone

**THORNHILL LAW FIRM, L.C.**
Tom W. Thornhill (LA Bar #12776
1308 Ninth Street
Slidell, LA 70458
(958) 641-5010 Telephone
(985) 641-5011 Facsimile

**CALVIN C FAYARD, JR. APC**
Calvin C. Fayard, Jr. (LA Bar #5486)
519 Florida Avenue, S.W.
Denham Springs, LA 70726
(225) 664-4193 Telephone
(225) 664-6925 Facsimile

By: _____

Donald T. Carmouche (LA Bar #2226)
Victor L. Marcello (LA Bar # 9252)
John H. Carmouche (LA Bar #22294)
**TALBOT, CARMOUCHE & MARCELLO**
Post Office Box 759
Gonzales, LA 70707-0759
(225) 644-7777 Telephone
(225) 644-5226 Facsimile

**SERVICE INSTRUCTIONS:**

**PLEASE PREPARE CITATION
AND SERVE THE DEFENDANTS
AS SET FORTH ABOVE**

SCANNED

JUN 0 3 '10

RECEIVED AND FILED

MAY 2 8 2010

A FACSIMILE OF THIS PETITION
WAS RECEIVED AND FILED ON
MAY 2 7 2010

Dy. Clerk of Court

## TALBOT, CARMOUCHE & MARCELLO

DONALD T. CARMOUCHE*
VICTOR L. MARCELLO
JOHN H. CARMOUCHE

*Member of the Texas Bar

POST OFFICE BOX 759
GONZALES, LOUISIANA 70707-0759
TELEPHONE: (225) 644-7777
FAX: (225) 644-5226

WILLIAM R. COENEN, III
JOHN S. DUPONT, III
BRIAN T. CARMOUCHE

AUBERT D. TALBOT
(1926-2005)

May 27, 2010

*VIA FEDERAL EXPRESS*
Hon. Cliff Dressel
Clerk of Court, Parish of St. Mary
Courthouse
500 Main St.
P.O. Drawer 1231
Franklin, LA 70538

> Re:     State of Louisiana v. BP Exploration & Production, Inc., et al
> 16th JDC; Parish of St. Mary; State of Louisiana

Dear Mr. Dressel:

Enclosed please find the State of Louisiana's Petition which was *fax filed* with your office on May 27, 2010. Please file the original Petition into the record, return the "date stamped" copy to me in the enclosed self-addressed and stamped envelope, and effect service as directed with the remaining copies.

Also enclosed is this firm's check in the amount of $600.00 which represents your filing and service fees.

If you should have any questions, please do not hesitate to call.

With kindest regards, I am

Yours truly,

Donald T. Carmouche

DTC/jke
Enclosures
cc:     Hon. J. Phil Haney
        Tom W. Thornhill
        Calvin C. Fayard, Jr.

Copy Returned
as Requested
JUN 0 2 2010

Jennifer R. Splane

## TALBOT, CARMOUCHE & MARCELLO

POST OFFICE BOX 759
GONZALES, LOUISIANA 70707-0759
TELEPHONE: (225) 644-7777
FAX: (225) 644-5226

DONALD T. CARMOUCHE*
VICTOR L. MARCELLO
JOHN H. CARMOUCHE

*Member of the Texas Bar

WILLIAM R. COENEN, III
JOHN S. DUPONT, III
BRIAN T. CARMOUCHE

AUBERT D. TALBOT
(1925-2006)

May 28, 2010

*VIA TELEFAX (337) 828-2509*
*AND U.S. MAIL*
Hon. Cliff Dressel
Clerk of Court, Parish of St. Mary
Courthouse
500 Main St.
P.O. Drawer 1231
Franklin, LA 70538

Re:    State of Louisiana v. BP Exploration & Production, Inc., et al
       Docket No. 121865; Div. F
       16th JDC; Parish of St. Mary; State of Louisiana

Dear Mr. Dressel:

Please hold service of the Petition to the defendants until further notice with regard to the referenced matter. This new suit was fax filed with your office on May 27, 2010.

If you should have any questions, please do not hesitate to call.

With kindest regards, I am

Yours truly,

Donald T. Carmouche

DTC/jke.
cc:    Hon. J. Phil Haney
       Tom W. Thornhill
       Calvin C. Fayard, Jr.

RECEIVED AND FILED
MAY 2 8 2010

Dy. Clerk of Court

## TALBOT, CARMOUCHE & MARCELLO

DONALD T. CARMOUCHE*
VICTOR L. MARCELLO
JOHN H. CARMOUCHE

*Member of the Texas Bar

POST OFFICE BOX 759
GONZALES, LOUISIANA 70707-0759
TELEPHONE: (225) 644-7777
FAX: (225) 644-5226

WILLIAM R. COENEN, III
JOHN S. DUPONT, III
BRIAN T. CARMOUCHE

AUBERT D. TALBOT
(1925-2005)

May 28, 2010

*VIA TELEFAX (337) 828-2509*
*AND U.S. MAIL*
Hon. Cliff Dressel
Clerk of Court, Parish of St. Mary
Courthouse
500 Main St.
P.O. Drawer 1231
Franklin, LA 70538

> Re:  State of Louisiana v. BP Exploration & Production, Inc., et al
> Docket No. 121865; Div. F
> 16th JDC; Parish of St. Mary; State of Louisiana

Dear Mr. Dressel:

Please hold service of the Petition to the defendants until further notice with regard to the referenced matter. This new suit was fax filed with your office on May 27, 2010.

If you should have any questions, please do not hesitate to call.

With kindest regards, I am

Yours truly,

Donald T. Carmouche

DTC/jke
cc:  Hon. J. Phil Haney
     Tom W. Thornhill
     Calvin C. Fayard, Jr.

RECEIVED AND FILED
JUN 0 1 2010
By. Clerk of Court

A FACSMILE OF THIS PLEADING
WAS RECEIVED AND FILED ON
MAY 2 8 2010

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE/OPELOUSAS DIVISION

STATE OF LOUISIANA                      *        CIVIL ACTION NO. _____


VERSUS                                  *        JUDGE _____


BP EXPLORATION & PRODUCTION             *
INC., BP, P.L.C., BP PRODUCTS                    MAGISTRATE JUDGE _____
NORTH AMERICA, INC., AND BP
AMERICA, INC.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF NOTICE OF REMOVAL
## TO OPPOSING COUNSEL

To:    State of Louisiana
       through its attorneys of record:
       Hon. J. Phil Haney
       District Attorney St. Mary Parish
       5th Floor Courthouse
       500 Main St.
       Franklin, LA 70538

       Calvin C. Fayard, Jr.
       519 Florida Avenue, S.W.
       Denham Springs, LA 70726

       Talbot, Carmouche & Marcello
       Donald T. Carmouche
       Victor L. Marcello
       John H. Carmouche
       Post Office Box 759
       Gonzales, LA 70707-0759